Mario BALLARD, Petitioner–Appellant,

v.

P. TRUE, Warden, Respondent–Appellee.

No. 00–7582.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Mario Ballard, pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Mario Ballard seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Ballard v. True*, No. CA–00–264–3 (E.D.Va. Oct 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*